# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DIVISION OF CALIFORNIA

| | |
|---|---|
| GINA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PENSKE TRANSPORTATION MANAGEMENT LLC, a Delaware Limited Liability Company; PENSKE LOGISTICS LLC, a Delaware Limited Liability Company; JAMES MOROZ, an individual; KAMI LONG, an individual; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.: 5:23-cv-01214-KK-MARx<br><br>**ORDER**<br><br>Complaint Filed:　December 6, 2022<br>Removal Date:　　June 23, 2023<br>Trial Date:　　　　October 22, 2024<br><br>　Judge:　Hon. Kenly Kiya Kato |

ORDER

# ORDER

Pursuant to the agreed stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed concurrently herewith, and good cause appearing, it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with this Court specifically retaining jurisdiction over the settlement agreement.

**IT IS SO ORDERED**

Dated:  October 1, 2024

_____
The Honorable Judge Kenly Kiya Kato